1
2
3
4
5
6
7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10                              **SACRAMENTO DIVISION**

11

12   DEAN ROBERT ANCHOR,                    )         Case No.  2:07-CV-01543-MMS
                                            )
13                            Petitioner,   )         ORDER
     v.                                     )
14                                          )
     R. J. SUBIA, Warden, et al.,           )
15                                          )
                              Respondents.  )
16   _____)

17

18          Petitioner's Motion for reconsideration of the order staying this action is denied.

19   Accordingly, this action continues to be stayed pending final disposition of Hayward v.

20   Marshall, 512 F.3d 536 (9th Cir. 2008), reh'g en banc granted, 527 F.3d 797 (9th Cir. 2008).

21          DATED:        November 19, 2009

22

23                                          /s/ Mary M. Schroeder
                                            MARY M. SCHROEDER,
24                                          United States Circuit Judge
                                            Sitting by designation
25

26

27

28